

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>MAYRA ITURBE,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA11-008M-4<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant's counsel_____, IT IS ORDERED that a detention hearing is set for _January 13, 2011_____, 2010_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _Marc L. Goldman, United States Magistrate Judge_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _1/11/2011_____

MARC L. GOLDMAN
U.S. District Judge/Magistrate Judge